The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| **In re Subpoena Of**<br><br>**AMAZON.COM, INC.** | Case No. 2:20-mc-00016-RSL<br><br>**[PROPOSED] ORDER** |
| **Underlying Case**<br><br>James Porath,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>LOGITECH, INC., a California corporation;<br><br>　　　　　*Defendant*. | No. 18-cv-03091-WHA (N.D. Cal.) |

[Proposed] ORDER
Case No. 2:20-mc-00016-RSL

**Tousley Brain Stephens PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

**[PROPOSED] ORDER**

1. This Action is transferred to the Northern District of California.

   **OR**

2. Amazon.Com, Inc. is **COMPELLED** to comply with Plaintiff's subpoena within seven (7) days of this Order.

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2020.

_____
Robert S. Lasnik
United States District Judge

[Proposed] ORDER
Case No. 2:20-mc-00016-RSL

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

| | | |
|---|---|---|
| 1 | Submitted: | By: Todd Logan |
| 2 | | Rafey S. Balabanian* |
| | | rbalabanian@edelson.com |
| 3 | | Todd Logan* |
| | | tlogan@edelson.com |
| 4 | | Brandt Silver-Korn* |
| | | bsilverkorn@edelson.com |
| 5 | | EDELSON PC |
| | | 123 Townsend Street, Suite 100 |
| 6 | | San Francisco, California 94107 |
| | | Tel: 415.212.9300/Fax: 415.373.9435 |

By:  Cecily C. Shiel
TOUSLEY BRAIN STEPHENS PLLC
Cecily C. Shiel, WSBA #50061
cshiel@tousley.com
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600

*Attorneys for Plaintiff James Porath*

\*ptr hac vice* application to be filed if necessary

4839-1445-4966, v. 1

[Proposed] ORDER
Case No. 2:20-mc-00016-RSL

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992