<div style="text-align: left; font-size: small;">United States District Court<br/>Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PORATH,<br><br>        Plaintiff,<br><br>v.<br><br>LOGITECH INC,<br><br>        Defendant. | Case No. 4:20-cv-03571-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William Alsup for consideration of whether the case is related to *Porath v. Logitech, Inc.*, 18-cv-03091-WHA.

**IT IS SO ORDERED.**

Dated: May 29, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge