1

2

3

4

5

6                            UNITED STATES DISTRICT COURT

7

8                          NORTHERN DISTRICT OF CALIFORNIA

9

10    JAMES PORATH,

11              Plaintiff,                    No. 3:18-cv-03091-WHA
                                              No. 3:20-mc-80089-WHA
12        v.                                  No. 3:20-cv-03571-WHA

13    LOGITECH INC.,

14              Defendant.                    **JUDGMENT**

15 ─────────────────────────────

16    JAMES PORATH,

17              Plaintiff,

18        v.

19    OFFICE DEPOT, INC.,

20              Defendant.

21 ─────────────────────────────

22    JAMES PORATH,

23              Plaintiff,

24        v.

25    LOGITECH INC.,

26              Defendant.

27 ─────────────────────────────

28

United States District Court
Northern District of California

1     For the reasons stated in the accompanying order dismissing the above-captioned cases,

2  judgment is entered for defendants Logitech Inc. and Office Depot, Inc. and against plaintiff

3  James Porath.

4

5     **IT IS SO ORDERED.**

6

7  Dated:  November 30, 2020

8

9

10  WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California